IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 09-119-SLR |
| ) | |
| KEITH SINGLETON ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM ORDER**

At Wilmington this 21st day of August, 2012, having considered petitioner's motion for reconsideration and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 153) is denied, for the following reasons:

1. Petitioner moves for reconsideration of the court's June 12, 2012 memorandum opinion and order that denied her motion for return of property located at 7 Devonshire Drive, Schwenksville, Pennsylvania ("the Property"). (D.I. 151, 152) In addition to reasserting the same arguments raised in her motion for return of property, petitioner avers that the court erred by not recognizing the nature of her relationship with defendant and the Property.

2. Motions for reconsideration are the functional equivalent of motions to alter or amend judgment under Federal Rule of Civil Procedure 59(e). *See Jones v. Pittsburgh Nat'l Corp.*, 899 F.2d 1350, 1352 (3d Cir.1990) (citing *Fed. Kemper Ins. Co. v. Rauscher*, 807 F.2d 345, 348 (3d Cir.1986)). The standard for obtaining relief under Rule 59(e) is difficult to meet. The purpose of a motion for reconsideration is to correct

manifest errors of law or fact or to present newly discovered evidence. *Max's Seafood Cafè ex-rel Lou–Ann, Inc. v. Quinteros*, 176 F.3d 669, 677 (3d Cir.1999) (citing *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir.1985)).

3. A court should exercise its discretion to alter or amend its judgment only if the movant demonstrates one of the following: (1) a change in the controlling law; (2) a need to correct a clear error of law or fact or to prevent manifest injustice; or (3) availability of new evidence not available when the judgment was granted. *Id; Lazaridis v. Wehmer*, 591 F.3d 666, 669 (3d Cir. 2010). Considering this authority in light of petitioner's arguments, the court finds that she has not demonstrated any of the grounds necessary to warrant reconsideration.

United States District Judge